George W. McCammon, 3d, Respondent, v. The State of New York, Appellant.— Judgment affirmed, with costs. No opinion. All concurred; Parker,

P. J., not voting, not being a member of this court at the time this decision is handed down.